**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Connie Denice Watson,

                Plaintiff,        Case No. 26-11094

v.                         Judith E. Levy
                            United States District Judge

Wayne Sikorcin, *et al.*,

                         Mag. Judge Anthony P. Patti
        Defendants.

_____/

**ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT [8],**
**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR**
**COSTS [9], AND MOTION FOR LEAVE TO FILE AMENDED**
**COMPLAINT [10], AND DISMISSING CASE WITHOUT**
<u>**PREJUIDCE**</u>

On May 20, 2026, the Court issued an order amending the Court's

Order enjoining Plaintiff. (ECF No. 7.) The Order states,

> Plaintiff Connie Denice Watson is ENJOINED from filing
> any new lawsuits or other documents without seeking and
> obtaining leave of court, regardless of whether she pays the
> filing fee. In order to obtain leave of court to file a new
> lawsuit or other document, Connie Denice Watson must
> follow the requirements below:
>
> > 1. If Ms. Watson wishes to file any document in
> > the U.S. District Court for the Eastern District of
> > Michigan, including a complaint, she must file a

"Motion Pursuant to Court Order Seeking Leave to File."

2. With the above Motion Pursuant to Court Order Seeking Leave to File, Ms. Watson must attach the following as exhibits:

a. A copy of the document she proposes to file;

b. A copy of this Order;

c. A written declaration which she has prepared pursuant to 28 U.S.C. § 1726 or a sworn affidavit, certifying that (1) the document raises a new issue which has never been previously raised by her in this or any other court, (2) the claim or issue is not frivolous, and (3) the proposed filing is not being filed in bad faith.

d. A document containing a list showing (1) the complete caption of every suit that has been previously filed by her or on her behalf in any court against each defendant in any new suit she wishes to file and (2) the complete caption of every suit which she has currently pending.

Failure to follow these requirements will result in the document being stricken.

(ECF No. 7, PageID.311–312.)

Plaintiff filed two documents on July 1, 2026 (ECF Nos. 8, 9), and one document on July 10, 2026. (ECF No. 10.)

Plaintiff's first filing on July 1, 2026, is an "amended complaint." (ECF No. 8.) This document is stricken for failure to follow the Court's May 20, 2026 order. (ECF No. 7.) The document is not a "Motion Pursuant to Court Order Seeking Leave to File," does not include the required written declaration or sworn affidavit, and does not include a complete list of every suit that has been previously filed by her or on her behalf.

Plaintiff's second filing on July 1, 2026, is an application to proceed in district court without prepaying fees or costs. (ECF No. 9.) This document is stricken for the same reasons as the previous, July 1, 2026 document, and also because Plaintiff paid the filing fee in this case and thus the application is not relevant.

Plaintiff's filing on July 10, 2026, is a "motion pursuant to court order seeking leave to file." (ECF No. 10.) This document is stricken for failure to follow the Court's May 20, 2026 order. (ECF No. 7.) The document does not include the required written declaration or sworn

affidavit and does not include a complete list of every suit that has been previously filed by her or on her behalf.

Thus, these documents (ECF Nos. 8, 9, 10) are STRICKEN.

On May 20, 2026, the Court stated, "Plaintiff may file an amended complaint by **June 4, 2026** that conforms to the Court's [ ] order enjoining her. If Plaintiff fails to timely file an amended complaint that conf[o]rms to this order, the case may be dismissed without prejudice." (ECF No. 7, PageID.312–313.) The Court recognizes that Plaintiff's filings were not timely for reasons that may have been outside of Plaintiff's control. (*See* ECF No. 8, PageID.400 ("I only had a week and ½ to amend Complaint of Case.").) However, Plaintiff's documents, even if timely, did not conform to the Court's May 20, 2026 order.

As such, this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 21, 2026                    s/Judith E. Levy
Ann Arbor, Michigan                JUDITH E. LEVY
                                                  United States District Judge

4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager